CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 003780
**FENNEMORE CRAIG JONES VARGAS**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel.: (702) 692-8000
Fax: (702) 692-8099
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC, a Nevada limited liability company; and THE MIRAGE CASINO-HOTEL, a Nevada corporation; and MIRAGE RESORTS, INCORPORATED, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>A LAS VEGAS GARDEN OF LOVE, LLC, a Nevada limited liability company; CHERYL LUELL, an individual; and CRAIG LUELL, an individual,<br><br>Defendants. | Case No.:   2:07-cv-00942-RLH-LRL |

### ORDER RE: JUDGMENT RENEWAL

This Court, having considered Plaintiffs' Application for Renewal of Judgment, and good cause otherwise appearing therefore,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment [Doc Nos. 45, 46, 47 and 49] in favor of Plaintiffs, BELLAGIO, LLC, THE MIRAGE CASINO-HOTEL and MIRAGE RESORTS, INCORPORATED (collectively the "Plaintiffs"), and against Defendants, A LAS VEGAS GARDEN OF LOVE, LLC, CHERYL LUELL and CRAIG LUELL, is hereby renewed and extended for six years from June 5, 2014 (the date Plaintiffs' filed their Affidavit of Renewal of Judgment).

DATED: June 13, 2014

_____
United States District Judge

Respectfully submitted by:

**FENNEMORE CRAIG JONES VARGAS**

By: /s/ Craig S. Newman, Esq.
    CRAIG S. NEWMAN, ESQ.
    Nevada Bar No. 3780
    300 S. Fourth Street, Suite 1400
    Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

# # #